**Not for Publication in West's Federal Reporter**

# United States Court of Appeals
## For the First Circuit

---

No. 10-1015

UNITED STATES OF AMERICA,

Appellee,

v.

JAMES MASSARO,

Defendant, Appellant.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nathaniel M. Gorton, U.S. District Judge]

---

Before

Lipez, Circuit Judge,
Souter, Associate Justice,[*]
and Selya, Circuit Judge.

---

Joseph H. Zwicker, with whom James W. Evans, Nellie E. Staley, and Choate Hall & Stewart LLP were on brief, for appellant.
Mark T. Quinlivan, Assistant United States Attorney, with whom Carmen M. Ortiz, United States Attorney, was on brief, for appellee.

---

May 11, 2011

---

[*] The Hon. David H. Souter, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.

**Per Curiam**.  In this sentencing appeal, appellant James Massaro argues, inter alia, that the district court erroneously classified his two prior Massachusetts convictions for assault and battery as predicate "violent felon[ies]" for the purpose of imposing a mandatory minimum sentence under the Armed Career Criminal Act.  See 18 U.S.C. § 924(e).  Given our recent decision in United States v. Holloway, 630 F.3d 252 (1st Cir. 2011), reh'g denied, Nos. 08-2273, 09-1232 (1st Cir. Apr. 28, 2011), we vacate Massaro's sentence and remand for further proceedings.

So ordered.